LEONARD MOOK and MILTON D. GOLDMAN, Copartners, etc., Respondents, v. DAVID SCHAFFER, Appellant.— Order unanimously affirmed, with twenty dollars

costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.